JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. D. SOTO, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:15-cv-02938-CJC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion to Dismiss the First Amended Complaint, **IT IS ADJUDGED** that this action is DISMISSED.

DATED: August 7, 2019

　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE